O

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 10-23-13

DEPUTY CLERK

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

OCT 23 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                            DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL MANGUM,<br><br>  Petitioner,<br><br>vs.<br><br>RICHARD B. IVES, Warden,<br><br>  Respondent. | Case No. CV 13-4276-MWF (RNB)<br><br>ORDER ACCEPTING FINDINGS<br>AND RECOMMENDATIONS<br>OF UNITED STATES<br>MAGISTRATE JUDGE |

  Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a *de novo* review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge.

  The magistrate judge correctly determined that petitioner has not exhausted his administrative remedies. Petitioner objects that he has completed the third stage of review, and in his objections offers an Exhibit A as proof. The Court rejects petitioner's objection for two reasons: **First,** this evidence was not presented to the magistrate judge. **Second,** even if this Court accepted petitioner's new evidence, his Exhibit A is a further admission that the fourth stage of his

1 | administrative remedies is not completed.

2 |      IT THEREFORE IS ORDERED that (1) respondent's Motion to
3 | Dismiss is granted; and (2) Judgment be entered dismissing this action without
4 | prejudice.

7 | DATED: October 22, 2013

                                    MICHAEL W. FITZGERALD
                                    UNITED STATES DISTRICT JUDGE