UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

GABRIEL MANGUM,

Petitioner,

vs.

RICHARD B. IVES, Warden,

Respondent.

Case No. CV 13-4276-MWF (RNB)

**JUDGMENT**

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: October 22, 2013

MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE